Aasir Azzarmi (Full Name)
azafata@yahoo.com (Email Address)
401 E 109st #1A (Address Line 1)
Los Angeles, CA 90061 (Address Line 2)
323-632-8531 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AASIR AZZARMI,

PLAINTIFF,

vs.

Delta Air Lines, Inc.

DEFENDANT(S).

Case No.: LACV20-01529-MWF-MAAx
(To be supplied by the Clerk)

**COMPLAINT FOR:**
DAMAGES

**Jury Trial Demanded:** ☑ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under USC - 28 USC § 1391

Revised: July 2013
Form Prepared by Public Counsel
© 2010 Public Counsel. All Rights Reserved.

Page Number

## II. VENUE

2. Venue is proper pursuant to  28 USC § 1391
Diversity. Plaintiff resident of Los Angeles.

## III. PARTIES

3. Plaintiff's name is Aasir Azzarmi . Plaintiff resides at: _____

4. Defendant Delta Air Lines, Inc.

5. Defendant _____

Page Number

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

## IV. STATEMENT OF FACTS

Insert ¶ #: Plaintiff was wrongfully terminated on 02/15/2018 by Defendant Delta Air Lines, Inc.

Insert ¶ #: Plaintiff was terminated in retaliation for ~~engaged~~ engaging in protected activity in violation of FEHA's prohibition of sex discrimination.

Insert ¶ #: Plaintiff was employed by Delta Air Lines Inc from 10/15/2012 to 2/15/2018.

Insert ¶ #: Delta Air Lines Inc.'s termination of Plaintiff's employment caused Plaintiff substantial harm.

Insert ¶ #: The substantial motivating factor for Plaintiff's discharge was sex discrimination by Defendant Delta.

Insert ¶ #:

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(Wrongful termination in violation of Public Policy)
*insert title of cause of action*

(As against Defendant(s): Delta Air Lines, Inc )

Insert ¶ # 1. Plaintiff was employed by Defendant Delta Air Lines.

Insert ¶ # 2. Plaintiff opposed sex discrimination and was retaliated against with termination in violation of FEHA.

Insert ¶ # 3. Plaintiff was wrongfully terminated. Defendant's termination of Plaintiff's employment caused Plaintiff substantial harm.

Page Number

# SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #* _____
_____
_____
_____
_____
_____

*Insert ¶ #* _____
_____
_____
_____
_____
_____

*Insert ¶ #* _____
_____
_____
_____

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____

_____ )

*Insert ¶ #* _____

_____

_____

_____

_____

*Insert ¶ #* _____

_____

_____

_____

_____

*Insert ¶ #* _____

_____

_____

_____

_____
*Page Number*

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

- monetary damages, punitive damages, back pay, front pay, and any other relief that this court or jury deems proper.

- Plaintiff is suing for $50,000,000.00

- Plaintiff has damages exceeding $100,000.00

Dated: 2/14/2020

Sign: A. Azzarmie

Print Name: Aasir Azzarmi

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 2/14/2020

Sign: _____

Print Name: Aasir Azzarmi

4831-5981-9291, v. 1