UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-1529-DMG (JCx)** | Date | May 21, 2020 |
|---|---|---|---|

| Title | *Aasir Azzarmi v. Delta Air Lines, Inc.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION AS BARRED BY RES JUDICATA**

This is the second of two actions that Plaintiff Aasir Azzarmi has recently filed in this Court. The Court has ruled that the first action, captioned *Azzarmi v. Wurtz*, CV 20-607-DMG (JCx) ("*Wurtz*"), is barred by the doctrine of *res judicata*. *See Azzarmi v. Wurtz*, CV 20-607-DMG (JCx) [Doc. # 141]. In dismissing *Wurtz*, the Court also determined that Plaintiff is a vexatious litigant. *See id.* Based on the Court's comparison of the operative Complaint in *Wurtz* to the Complaint in this action, it appears that the two cases share the same principal Defendant and similar, if not identical, claims. *Compare* Doc. # 11 in *Azzarmi v. Wurtz*, CV 20-607-DMG (JCx) *with* Doc. # 1.

Given that Plaintiff's claims in *Wurtz* are barred by *res judicata* and appear to arise out of the same or similar facts as those in this case, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should not dismiss this case as well. Plaintiff shall file his written response to this Order, not to exceed 10 pages, by June 4, 2020. Failure to file a timely and satisfactory response will result in the dismissal of this action.

**IT IS SO ORDERED**.