UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 20-1529-DMG (JCx)** | Date **March 16, 2021** |
| Title *Aasir Azzarmi v. Delta Air Lines, Inc.* | Page **1 of 1** |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION [21] [28]**

On May 21, 2020, the Court ordered *pro se* Plaintiff Aasir Azzarmi to show cause ("OSC") why this action is not barred by *res judicata*. [Doc. # 26.] The Court noted that it had already dismissed a substantially similar Complaint by Plaintiff against the same principal Defendant as barred by *res judicata* and had determined that Plaintiff is a vexatious litigant. *Id.*; *see Azzarmi v. Wurtz*, CV 20-607-DMG (JCx) ("the related action") [Doc. # 144]. Before the OSC was issued, Plaintiff—without leave from the Court and accompanied by an erroneous *ex parte* application—mailed a nearly 500-page Amended Complaint, which was not docketed and received by the Court until after the OSC had issued. [Doc. ## 21, 24.]

Plaintiff then filed a motion for an extension of time to respond to the OSC. [Doc. # 28.] The motion does not provide actual cause for an extension of time, but rather criticizes the Court for its OSC and its prior rulings and in effect constitutes Plaintiff's response to the OSC.

Plaintiff's Amended Complaint does not cure the *res judicata* issue, and it also violates Federal Rule of Civil Procedure 8(a)(2) (requiring "a *short and plain* statement of the claim") (emphasis added). Therefore, and for the reasons explained in its prior orders in the related action, the Court **DISMISSES** this action with prejudice and **DENIES** Plaintiff's motion and *ex parte* application.

**IT IS SO ORDERED**.